Michael J. Frevola
Christopher R. Nolan
Lissa D. Schaupp
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200
michael.frevola@hklaw.com
christopher.nolan@hklaw.com
lissa.schaupp@hklaw.com

ATTORNEYS FOR PLAINTIFF
WILHELMSEN PREMIER MARINE FUELS AS



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILHELMSEN PREMIER MARINE FUELS AS, <br><br> Plaintiff, <br><br> -against- <br><br> SA INDEPENDENT LINER SERVICE (PTY) LTD. a/k/a "SAILS," LONRHO PLC, and LONRHO AFRICA HOLDINGS, LTD., <br><br> Defendants. | No. 08 Civ 8878 (LTS) <br><br> **ORDER OF SEALING** |

Upon reading the Declaration of Michael J. Frevola dated December 22, 2008 in support of Plaintiff's application to file under seal the Verified Amended Complaint and all papers submitted with or upon Plaintiff's application for an Amended Order for Issuance of Maritime Attachment and Garnishment pursuant to Rule B of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, it is

**ORDERED**, pursuant to Fed. R. Civ. P. Rule 5.2(d) that the Complaint and all papers submitted with or upon Plaintiff's application for an Amended Order for Issuance of Maritime Attachment and Garnishment, including this Order of Sealing and the accompanying declaration in support of *ex parte* motion to file papers under seal, shall be filed under seal and shall remain under seal until further order of this Court. Plaintiff shall immediately provide written notice to the Court of the first attachment pursuant to this order and shall at that time request unsealing of this order and the above-referenced documents.

_____
UNITED STATES DISTRICT JUDGE

1/6/09
Date

# 5917525_v1